UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO MEDINA SANCHEZ,

                Plaintiff,

-against-

BOB'S DISCOUNT FURNITURE, LLC, et al.,

                Defendants.

25-CV-1206 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      The Case Management Plan in this action required the parties to file a joint letter regarding the status of discovery on June 13, 2025. (*See* ECF 13 ¶ 7.) The parties have not complied. I am sua sponte extending the deadline for the joint status letter nunc pro tunc until tomorrow, **June 17, 2025.**

DATED: June 16, 2025
          New York, New York

SO ORDERED.

_____
ROBYN F. TARNOFSKY
United States Magistrate Judge