UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO MEDINA SANCHEZ,

                Plaintiff,

-against-

BOB'S DISCOUNT FURNITURE, LLC, et al.,

                Defendants.

25-CV-1206 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    On July 2, 2025, Plaintiff's counsel Boris H. Linares, Esq. filed a proposed order to show cause to be relieved as counsel and a supporting affidavit (*see* ECF 19, ECF 19-1), which I denied without prejudice to his refiling a properly supported motion to withdraw; in that order I also scheduled a conference to discuss the anticipated motion to withdraw, including Plaintiff's position on the motion, for July 11, 2025 at 10:30 AM. (ECF 20, Order.) Counsel for Defendants was permitted but not required to attend the conference. (*Id.*) Mr. Linares filed the motion and served Plaintiff with a copy of it along with my order; Mr. Linares also stated that he had called Plaintiff and left a message in Spanish explaining the filing and the order because Plaintiff does not speak English. (ECF 21.) I ordered Mr. Linares to have a Spanish language interpreter on the line at the conference to provide simultaneous translation for Plaintiff. (ECF 22, Order.) While Mr. Linares and an interpreter appeared at the conference, Plaintiff did not appear.

    The conference is rescheduled for **July 25, 2025 at 11:00 AM**. At that time, Plaintiff's counsel and Plaintiff should call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 381 987 285 #**. If this date and time is unavailable for any party, they must contact my Courtroom Deputy immediately at TarnofskyNYSDChambers@nysd.uscourts.gov.

Plaintiff's counsel is instructed to share the dial-in information with Plaintiff and to file proof of service regarding the same. Plaintiff's counsel shall have a simultaneous interpreter on the line available to translate for Plaintiff at the conference. Defendants' counsel may participate in the conference but is not required to. Plaintiff's counsel should also provide Plaintiff's contract information to my Courtroom Deputy at the same email address.

Plaintiff is warned that failure to appear can have adverse consequences for his case. Failure to appear at a conference as ordered by the Court may lead me to recommend to Judge Broderick that the case be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. In addition, Defendants have filed counterclaims against Plaintiff, and Plaintiff's failure to participate in this litigation may lead me to direct Defendants to seek a default judgment against Plaintiff on their counterclaims. Mr. Linares is ORDERED to provide a copy of this order, translated into Spanish, on Plaintiff by **July 15, 2025**, and to file proof of the same on the docket by **July 15, 2025**.

DATED: July 11, 2025
       New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge