UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO MEDINA SANCHEZ,

                Plaintiff,

-against-

BOB'S DISCOUNT FURNITURE, LLC, et al.,

                Defendants.

25-CV-1206 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    I scheduled a conference on the motion for Plaintiff's counsel, Boris H. Linares, to withdraw (ECF 21) for July 11, 2025 and directed Plaintiff's counsel and Plaintiff to attend; counsel for Defendants was permitted but not required to attend. (*See* ECF 20, Order.) Plaintiff's counsel served Plaintiff with a copy of my order setting up the conference on July 11, 2025 and also left Plaintiff a detailed message in Spanish explaining the request to withdraw and the conference. (*See* ECF 21.) I directed Plaintiff's counsel to have a Spanish language interpreter at the conference. (*See* ECF 22, Order.) Plaintiff's counsel and a Spanish language interpreter attended but Plaintiff did not.

    I rescheduled the conference for July 25, 2025, directed Plaintiff's counsel to serve the rescheduling order on Plaintiff, and directed Plaintiff's counsel to have a Spanish language interpreter on the line for the conference. (ECF 24, Order.) Plaintiff's counsel, a Spanish language interpreter, and Defendant's counsel appeared, but Plaintiff did not. Plaintiff's counsel represented that Plaintiff had told him that Plaintiff has retained new counsel; that Plaintiff's current counsel signed a consent to change of counsel; and that Plaintiff's current counsel informed the identified new lawyer of the conference and provided new counsel with

the dial-in information. However, the new lawyer did not attend. Defendant's counsel requested a stay of all discovery while the issue of Plaintiff's representation is resolved. I am granting that request in part and staying this case until **August 25, 2025**, to permit Plaintiff to find new counsel to appear on his behalf. If new counsel has not appeared by **August 22, 2025**, a status conference will be held on **August 25, 2025**; if new counsel has appeared for Plaintiff by August 22, 2025, I will cancel the conference on August 25, 2025. The conference is scheduled for **August 25, 2025 at 10:00 AM**, and can be joined by dialing **(646) 453-4442, Access Code: 223 871 653 #**. Plaintiff and Plaintiff's current counsel are required to attend, and Plaintiff's current counsel is required to have a Spanish language interpreter available on the line. Defendants' counsel may participate in the conference but is not required to do so.

Plaintiff is again warned that failure to appear can have adverse consequences for his case. Plaintiff is warned that a failure to appear at a conference ordered by the Court may lead me to recommend to Judge Broderick that the case be dismissed under Rule 41(b) of the Federal Rules of Civil Procedure. In addition, Defendants have filed counterclaims against Plaintiff, and Plaintiff's failure to participate in this litigation may lead me to direct Defendants to seek a default judgment against Plaintiff on their counterclaims.

Mr. Linares is ORDERED to provide a copy of this order, along with my prior orders (ECF 20 and 24) and Mr. Linares's motion to withdraw as counsel and supporting papers (ECF 21), all translated into Spanish, to Plaintiff by **August 4, 2025** and to file proof of service on the docket of the same by **August 4, 2025**. I note that the affidavit of service accompanying Mr. Linares's motion to withdraw states that the motion papers were served on Plaintiff but do not state that

a Spanish translation of the motion papers (ECF 21) and my order (ECF 20) were served on Plaintiff. (*See* ECF 21-2.)

The Clerk of Court is respectfully requested to stay this matter until **August 25, 2025**.

DATED: July 28, 2025
      New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge