UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICARDO MEDINA SANCHEZ,

                 Plaintiff,

    -against-

BOB'S DISCOUNT FURNITURE, LLC, et al.,

                Defendants.

25-CV-1206 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    Plaintiff's counsel, Boris H. Linares, has moved to withdraw (ECF 21). I ordered Mr. Linares to provide a copy of my order at ECF 25, along with two prior orders (ECF 20 and 24) and Mr. Linares's motion to withdraw as counsel and supporting papers (ECF 21), all translated into Spanish, to Plaintiff by August 4, 2025 and to file proof of service on the docket of the same by August 4, 2025. Mr. Linares has not done so. I am extending nunc pro tunc his deadline to serve Spanish translations of those materials (ECF 20, 21, 24, and 25) on Plaintiff and to file proof of service of the same until **August 13, 2025.**

DATED:  August 6, 2025
            New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge