UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO MEDINA SANCHEZ,

                Plaintiff,

    -against-

BOB'S DISCOUNT FURNITURE, LLC, et al.,

                Defendants.

25-CV-01206 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before the Court is the motion by counsel for Plaintiff to withdraw. (ECF 21.) I held a conference on August 25, 2025 at which counsel for Plaintiff and Defendant appeared, as did Plaintiff. A Spanish interpreter was also on the line. Plaintiff stated that he had located new counsel and therefore did not object to the withdrawal of current counsel. Plaintiff seemed to think that new counsel would have already appeared on his behalf. I explained that new counsel had not yet appeared and asked if that changed his view on whether he objected to the withdrawal of current counsel. Plaintiff said that he did not object.

Current counsel is ORDERED to provide a copy of this order, translated into Spanish, along with Plaintiff's entire case file, to both Plaintiff and the attorney Plaintiff expects will be representing him going forward; Plaintiff's current counsel is FURTHER ORDERED to file an affidavit on the docket indicating that he has provided the materials in question to both Plaintiff and Plaintiff's potential new counsel. Once that affidavit has been filed on the docket, I anticipate granting the motion by Plaintiff's current counsel to withdraw.

A status conference is scheduled for **September 22, 2025** at **10:00 AM**. If new counsel has appeared on behalf of Plaintiff by that date, such new counsel is expected to attend. If new counsel has not yet appeared, Plaintiff is expected to attend and to bring a Spanish language interpreter. The parties are directed to join the conference at the scheduled time. Please dial (646) 453-4442, Access Code: 202 187 339#.

DATED:  August 25, 2025
       New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge