UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO MEDINA SANCHEZ,

                Plaintiff,

  -against-

BOB'S DISCOUNT FURNITURE, LLC, et al.,

                Defendants.

25-CV-1206 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On August 25, 2025, I scheduled a status conference in this action for September 22, 2025 at 10:00 AM. (*See* ECF 29, Order.)

This conference is rescheduled to **September 22, 2025 at 11:45 AM**. Current counsel is ORDERED to provide a copy of this order translated into Spanish to Plaintiff and a copy of this order to the attorney Plaintiff expects will be representing him going forward; Plaintiff's current counsel is FURTHER ORDERED to file an affidavit on the docket indicating that he has provided a copy of this order to both Plaintiff and Plaintiff's potential new counsel.

If new counsel has appeared on behalf of Plaintiff by **September 22, 2025**, such new counsel is expected to attend. If new counsel has not yet appeared, Plaintiff is expected to attend and to bring a Spanish language interpreter. The parties are directed to join the conference at the scheduled time by dialing **(646) 453-4442, Access Code: 202 187 339 #.**

DATED:  September 2, 2025
             New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge