UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO MEDINA SANCHEZ,

                Plaintiff,

   -against-

BOB'S DISCOUNT FURNITURE, LLC, et al.,

               Defendants.

25-CV-1206 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      On September 2, 2025, current counsel for Plaintiff was ordered to provide a copy of my order of that date (ECF 30, Order) to Plaintiff, translated into Spanish; to provide a copy of that order to the attorney identified by Plaintiff as the person Plaintiff expects will be representing him going forward; and to file an affidavit on the docket indicating that current counsel has provided the materials as required by that order. Current counsel has not yet done so. I am giving current counsel until **September 17, 2025** to comply with my order of September 2, 2025. I have not yet granted current counsel's motion to withdraw and do not anticipate doing so if current counsel fails to comply with the orders I issue that are calculated to ensure that Plaintiff fully understands these proceedings.

DATED: September 15, 2025
          New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge