UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICARDO MEDINA SANCHEZ,<br><br>Plaintiff,<br><br>-against-<br>BOB'S DISCOUNT FURNITURE, LLC, et al.,<br><br>Defendants. | 25-CV-01206 (VSB) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      On Monday, October 6, 2025, Plaintiff emailed a signed stipulation of dismissal to my chambers; I attach the document as Exhibit A hereto. Further to my order of September 26, 2025 [ECF 35], Defendants are directed to (1) review and consider signing the stipulation of dismissal of Plaintiff's claims and filing it on the docket; and (2) consider filing a partially executed stipulation of dismissal of their counterclaims against Plaintiff. Defendants shall have until **October 14, 2025** to either (1) file the document(s) in question along on the docket or (2) file a letter on the docket informing the Court that they do not plan to do so. By the same date, Defendants shall also file proof of service on Plaintiff by mail and email of the documents Defendants file on the docket and this order.

DATED:  October 7, 2025
           New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Ricardo Medina Sanchez, | ) | **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |
| Plaintiff(s) | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Bob's Discount Furniture, LLC, Robert Macauley, | ) | Case No.: 25-CV-01206 (VSB) (RFT) |
| Defendant(s) | ) | |
| | ) | |
| | ) | |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) __Bob's Discount Furniture, LLC, and Robert Macauley__ pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

_[signature]_
Signature of plaintiffs or plaintiff's counsel

99 Mohawk Avenue, Apt. 2
Address

Hawthorne, NJ 07506
City, State & Zip Code

ricardormedina7@outlook.com
Telephone Number

Dated: 10-06-2025

_____
Signature of defendants or defendant's counsel

_____
Address

_____
City, State & Zip Code

_____
Telephone Number

Dated: _____