UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                               :
RICARDO MEDINA SANCHEZ,                 :
                                                               :
                                Plaintiff,    :
                                                               :             25-CV-1206  (VSB)
                                 -against-            :
                                                               :                   **ORDER**
BOB'S DISCOUNT FURNITURE, LLC, *et al.*, :
                                                               :
                                                    Defendants.   :
                                                                :
------------------------------------------------------------ X
VERNON S. BRODERICK, United States District Judge:

It has come to the Court's attention that the parties have agreed to voluntarily dismiss the above captioned action.  (Doc. 40.)  The stay entered on July 28, 2025 (Doc. 25) is hereby lifted and the case is dismissed pursuant to Rule 41(a)(2).

SO ORDERED.

Dated:        October 15, 2025
                 New York, New York

                                                              _____
                                                              Vernon S. Broderick
                                                              United States District Judge