UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICARDO MEDINA SANCHEZ<br><br>                Plaintiff,<br><br>-against-<br><br>BOB'S DISCOUNT FURNITURE, LLC, et al.,<br><br>                Defendant. | 25-CV-1206 (VSB) (RFT)<br><br>**CORRECTED SCHEDULING ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      A settlement conference is scheduled for **Wednesday, November 5, 2025 at 2:00 p.m.** to be held by video conference. The Courtroom Deputy sent conference details to Plaintiff and counsel for Defendant.

      The Clerk of Court is respectfully requested to strike ECF 47 and ECF 48 due to incorrect scheduling of time [ECF 47] and scheduling of date [ECF 48].

DATED:  November 3, 2025　　　　　　　　　　　SO ORDERED.
             New York, NY

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　**ROBYN F. TARNOFSKY**
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge